**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

SHIV PATEL, JAMIE POSNER, and BRIAN
GALLAGHER, on behalf of themselves and
other individuals similarly situated,

     *Plaintiffs,*

*v.*

ST. JOHN'S UNIVERSITY,

     *Defendant.*

Case No.: 20-cv-2114-LDH-SMG

**NOTICE OF APPEARANCE**

---

     PLEASE TAKE NOTICE that the undersigned attorney appears as counsel of record for plaintiffs SHIV PATEL, JAMIE POSNER, and BRIAN GALLAGHER. The undersigned certifies that they are admitted to practice in this Court, and requests that all notices, pleadings, and other documents given or filed in the above-captioned action be given and served upon the undersigned attorney.

Dated: New York, New York
     July 29, 2021

     Respectfully submitted,

     **THE SULTZER LAW GROUP P.C.**

     /s/ Mindy Dolgoff
By:_____
     Mindy Dolgoff, Esq.
     270 Madison Avenue, Suite 1800
     New York, NY 10016
     Telephone: (845) 483-7100
     Facsimile: (888) 749-7747
     dolgoffm@thesultzerlawgroup.com

     *Attorneys for Plaintiffs*
     *SHIV PATEL, JAMIE POSNER,*
     *BRIAN GALLAGHER and THE*
     *CLASS*