UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x
:
SHIV PATEL, JAMIE POSNER, and BRIAN :
GALLAGHER, on behalf of themselves and other :
individuals similarly situated, : **NOTICE OF MOTION**
:
                Plaintiffs, :
: Docket No. 1:20-cv-2114 (LDH)
  -against- : (CLP)
:
ST. JOHN'S UNIVERSITY, : Oral Argument Requested
:
                Defendant. :
:
------------------------------------- x

**PLEASE TAKE NOTICE** that, upon the Declaration of Joshua S. Hurwit, dated September 14, 2021, and the Exhibits annexed thereto; the Declaration of Michael J. Keane, dated September 15, 2021, and the Exhibit annexed thereto; the accompanying Memorandum of Law, dated September 15, 2021; and upon all the pleadings and proceedings heretofore had herein, Defendant St. John's University will move this Court, before the Honorable LaShann DeArcy Hall, United States District Judge, of the United Stated District Court, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on the 1st day of November, 2021, or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Consolidated Complaint in its entirety, with prejudice, and granting such other and further relief as the Court deems, equitable, just, or proper.

| | |
|---|---|
| Dated: Great Neck, New York<br>September 15, 2021 | GARFUNKEL WILD, P.C.<br>*Attorneys for Defendant St. John's University*<br><br>By:     /s/ Michael J. Keane<br>            Michael J. Keane<br>            Dayna B. Tann<br>            Anthony Prinzivalli<br>111 Great Neck Road<br>Great Neck, New York  11021<br>(516) 393-2200 |

TO: Jason P. Sultzer, Esq.
　　Mindy Dolgoff, Esq.
　　THE SULTZER LAW GROUP
　　*Attorneys for Plaintiffs*
　　85 Civic Center Plaza, Suite 200
　　Poughkeepsie, NY 12601

　　Michael Tompkins, Esq.
　　Brett R. Cohen, Esq.
　　LEEDS BROWN LAW, P.C.
　　*Attorneys for Plaintiffs*
　　One Old Country Road, Suite 347
　　Carle Place, New York 11514

　　Jeremy Bradford Francis, Esq.
　　GANFER SHORE LEEDS & ZAUDERER
　　*Attorneys for Plaintiffs*
　　360 Lexington Avenue
　　New York, New York 10017

　　Roy T. Willey, IV, Esq.
　　Eric M. Poulin, Esq.
　　Blake G. Abbott, Esq.
　　ANASTOPOULO LAW FIRM, LLC
　　*Attorneys for Plaintiffs*
　　32 Ann Street
　　Charleston, South Carolina 29403

　　Peter B. Katzman, Esq.
　　John M. Bradham, Esq.
　　MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP
　　*Attorneys for Plaintiffs*
　　444 Madison Avenue, 4th Floor
　　New York, New York 10022

Edward G. Toptani, Esq.
TOPTANI LAW PLLC
*Attorneys for Plaintiffs*
127 East 59th Street - Third Floor
New York, NY 10022