UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SHIV PATEL, JAMIE POSNER, and BRIAN GALLAGHER, on behalf of themselves and other individuals similarly situated,

                        Plaintiffs,

   -against-

ST. JOHN'S UNIVERSITY,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DEFENDANT'S**
**RULE 7.1 STATEMENT**

Docket No. 1:20-cv-2114 (LDH) (CLP)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant St. John's University ("STJ") certifies that it is an education corporation formed under the laws of the State of New York. STJ does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: Great Neck, New York
         October 29, 2021

GARFUNKEL WILD, P.C.
*Attorneys for Defendant St. John's University*

By:   */s/ Michael J. Keane*
       Michael J. Keane
       Dayna B. Tann
       Anthony Prinzivalli
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

TO:  Jason P. Sultzer, Esq.
      Mindy Dolgoff, Esq.
      THE SULTZER LAW GROUP
      *Attorneys for Plaintiffs*
      85 Civic Center Plaza, Suite 200
      Poughkeepsie, NY 12601

6223175v.1

Michael Tompkins, Esq.
Brett R. Cohen, Esq.
LEEDS BROWN LAW, P.C.
*Attorneys for Plaintiffs*
One Old Country Road, Suite 347
Carle Place, New York 11514

Jeremy Bradford Francis, Esq.
GANFER SHORE LEEDS & ZAUDERER
*Attorneys for Plaintiffs*
360 Lexington Avenue
New York, New York 10017

Roy T. Willey, IV, Esq.
Eric M. Poulin, Esq.
Blake G. Abbott, Esq.
ANASTOPOULO LAW FIRM, LLC
*Attorneys for Plaintiffs*
32 Ann Street
Charleston, South Carolina 29403

Peter B. Katzman, Esq.
John M. Bradham, Esq.
MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP
*Attorneys for Plaintiffs*
444 Madison Avenue, 4th Floor
New York, New York 10022

Edward G. Toptani, Esq.
TOPTANI LAW PLLC
*Attorneys for Plaintiffs*
127 East 59th Street - Third Floor
New York, NY 10022

6223175v.1